UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

DESMOND GOINS,

                Plaintiff,

       -against-

CITY OF NEW YORK, ET AL.,

                Defendants.

-------------------------------------------------------- x

No. 15 CV 7105 (PKC)(JO)

STIPULATION OF DISMISSAL AND
WITHDRAWAL WITH PREJUDICE

    **IT IS HEREBY STIPULATED AND AGREED**, by the attorneys for the parties herein

that:  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that any and all

claims against defendant THOMAS NAPOLITANO are dismissed with prejudice.

Dated: New York, New York
      March 3, 2017

Leventhal Law Group, P.C.
*Attorneys for Plaintiff*


By: _____
    Jason Leventhal, Esq.
    45 Main Street, Suite 528
    Brooklyn, NY 11201
    Tel: (718) 556-9600

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*


By: _____
    Paul H. Johnson
    *Assistant Corporation Counsel*
    Special Federal Litigation Division
    100 Church Street, Room 3-208
    New York, New York 10007
    Tel:  (212) 356-2656