

ZACHARY W. CARTER
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

PAUL H. JOHNSON
phone: (212) 356-2656
fax: (212) 356-3509
pajohnso@law.nyc.gov

May 17, 2017

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Desmon Goins v. City of New York, et al.
               15-CV-7105 (PKC) (JO)

Your Honor:

      I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent Detective Radoslaw Terepka in the above-referenced matter. The parties write to jointly set a proposed briefing schedule for the parties' anticipated motion for summary judgment.

      Motion papers to be served and filed: June 19, 2017;

      Opposition papers to be served and filed: July 19, 2017;

      Reply papers, if any to be served and filed: August 2, 2017.

      The parties respectfully request that the Court review and endorse the above schedule.

Thank you for your consideration herein.

Respectfully submitted,

Paul H. Johnson
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: Jason Leventhal, Esq. **(via ECF)**
*Attorney for Plaintiff*
Douglas LaBarbera
*Attorney for Retired Police Officer David Pralgo*
Anthony DiFiore
*Attorney for Sergeant Robert Martinez*