UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DESMOND GOINS,

                                 Plaintiff,

            -against-

CITY OF NEW YORK, Robert Martinez, Individually,
David Pralgo, Individually, Radoslaw Terepka, Individually
and Thomas Napolitano, Individually,,

                                 Defendants.
---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 7105 (PKC) (JO)
(PKC)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2017

LEVENTHAL LAW GROUP, P.C.
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, NY 11201
(718)556-9600

By: _____
Jason Leventhal
*Attorney for Plaintiff*

Steven J. Bushnell
*Attorney for Sgt. Martinez*
The Quinn Law Firm 399
Knollwood Road, Suite 220
White Plains, NY 10603

By: _____
Steven Bushnell
*Attorney for Sgt. Martinez*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, and Terepka*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Paul H. Johnson
*Assistant Corporation Counsel*

Douglas LaBarbera
*Attorney for Retired Police Officer Pralgo*
Worth, Longworth and London LLP
111 John Street Suite 640
New York, NY 10038

By: _____  11/8/17
Douglas LaBarbera
*Attorney for Ret. Officer Pralgo*

SO ORDERED:

_____
HON. PATRICIA K CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017

2